RECEIVED

MAR 17 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. |
| | * | |
| | * | 26 U.S.C. §§ 5841, 5861(d), 5861(i) |
| | * | and 5871 |
| | * | 28 U.S.C. § 2461(c) |
| VERSUS | * | 6:22-cr-00061-01 |
| | * | Judge Joseph |
| RYAN M. DEVILLE | * | Magistrate Judge Whitehurst |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**Receipt or Possession of Unregistered Firearms**
**26 U.S.C. § 5861(d)**

On or about the 15th day of December 2021, at or near Lafayette, Louisiana, in the Western District of Louisiana, the defendant, RYAN M. DEVILLE, knowingly received and possessed a firearm(s) as described below, that is: firearm silencer(s) not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871. [26 U.S.C. §§ 5841, 5861(d) and 5871].

## COUNT 2
## Receipt or Possession of
## Firearm(s) Unidentified by Serial Number
## 26 U.S.C. § 5861(i)

On or about the 15th day of December 2021, at or near Lafayette, Louisiana, in the Western District of Louisiana, the defendant, RYAN M. DEVILLE, knowingly received and possessed a firearm(s) that is: firearm silencer(s) not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871 [26 U.S.C. §§ 5961(i) and 5871].

## Firearms Forfeiture Allegation
26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 26, United States Code, Sections 5861 as set forth in Counts 1 and 2 of this Indictment, the defendant, RYAN M. DEVILLE, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: firearm silencer(s) as alleged in Counts 1 and 2 of

this Indictment; all pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).  [26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)].

A TRUE BILL:

**REDACTED**

_____
GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

By: _____
DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618