UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:   6:22-CR-00061-01 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| | * | |
| RYAN M. DEVILLE | * | MAGISTRATE JUDGE WHITEHURST |

UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph (II)(a)(2) of the Criminal Pretrial Discovery Order, including sub-paragraphs (A) and (B).

                                      Respectfully submitted,

                                      BRANDON B. BROWN
                                      United States Attorney

By:  /s/ Daniel J. McCoy
       DANIEL J. McCOY, Bar ID # 29334
       Assistant United States Attorney
       800 Lafayette Street, Suite 2200
       Lafayette, LA 70501-6832
       Telephone: (337) 262-6618